# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| United States of America | Case No: AU:22-M -00996(1) |
| | Charging District: Southern District of |
| v. | Texas, Houston Division |
| | Charging District's Case No: 4:22-cr-612 |
| (1) Edward Constantinescu | |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Courthouse<br>515 Rusk St.<br>Houston, TX<br>Honorable Judge Sam Sheldon | Courtroom No.: |
|---|---|---|
| | | Date and Time: 12/28/2022 at 2pm |

The clerk is ordered to transfer any bail deposited in the registry of this Court to the clerk of the court where the charges are pending.

December 13, 2022

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE